# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

October 15, 2019

Lyle W. Cayce
Clerk

No. 18-41101

JILLIAN L. WHITTINGTON, individually and on behalf of all others similarly situated,

      Plaintiff - Appellant

v.

MOBILOIL FEDERAL CREDIT UNION,

      Defendant - Appellee

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:16-CV-482

---

Before HIGGINBOTHAM, DENNIS, and HO, Circuit Judges.

PER CURIAM:*

      AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.